**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-7535**

GEORGE HENSON, JR.,

Plaintiff - Appellant,

versus

BARBARA BROMFIELD; CAROL JOHNSTON; EDWARD K.
CARPENTER, Commonwealth's Attorney, Goochland
County, Virginia,

Defendants - Appellees,

and

DOMESTIC RELATIONS COURT; GOOCHLAND CIRCUIT
COURT; GOOCHLAND GAZETTE; KEITH H. WALDROP,
Public Defender; CLAYBORNE STOKES, Assistant
Commonwealth Attorney Employee; E. J. BERRY,
Domestic Relations District Court Employee
(Judge); MARY FRANCIS COWAN, Mother of child,
sued in her individual capacity,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-98-1134-A)

Submitted:  February 10, 2000          Decided:  February 15, 2000

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Henson, Jr., Appellant Pro Se. John Adrian Gibney, Jr., SHUFORD, RUBIN & GIBNEY, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Henson, Jr., appeals from the district court's orders dismissing his action filed under 42 U.S.C.A. § 1983 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Henson v. Bromfield, No. CA-98-1134-A (E.D. Va. Oct. 25, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on October 18, 1999, the district court's records show that it was entered on the docket sheet on October 25, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

3